UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CLARENCE EVANS JR.,<br><br>                      Plaintiff,<br><br>    -against-<br><br>CO ATKINS, et al.,<br><br>                     Defendants. | 24cv1749 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the June 26, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  June 27, 2024
           New York, New York

                                                              /s/ Laura Taylor Swain
                                                               LAURA TAYLOR SWAIN
                                                         Chief United States District Judge